David Henderson
Law Offices of David Henderson
3003 Minnesota Drive, Suite 203
Anchorage, AK 99503
Phone: 907-677-1234
Fax: 888-965-9338
dh@henderson-law.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARMEN ZAUKAR and JESSE BOBBY, individually and as natural parents and next friends on behalf of C.Z., their natural minor child, <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> ) |

## **COMPLAINT FOR MEDICAL MALPRACTICE**

COME NOW plaintiffs and allege as follows:

1)    At all times relevant hereto, plaintiffs were residents of Sleetmute, Alaska.

2)    Plaintiff Carmen Zaukar [hereinafter "Carmen"] is the adult natural mother of plaintiff C.Z. [hereinafter "C.Z."], a newborn male twin infant, born July 21, 2019.

3) Plaintiff Jesse Bobby [hereinafter "Jesse"] is C.Z.'s adult natural father.

4) The Alaska Native Medical Center [hereinafter "ANMC"] was and is a state-of-the-art hospital offering comprehensive health-care to Alaska Natives.

5) ANMC is owned and operated by the Alaska Native Tribal Health Consortium, a non-profit tribal health organization and co-signatory to the Alaska Tribal Health Compact. As such, it receives funding from, and is an agent of, defendant United States vis-a-vis the Indian Health Service.

6) Any medical malpractice committed by the ANMC through its employees, agents, or instrumentalities is actionable under the *Federal Tort Claims Act*, 28 USC § 1346, 2401, and 2671 *et seq*.

7) Upon information and belief, Dr. Reinou Sybrecht Groen, M.D., [hereinafter "Dr. Groen"] and Dr. Whitney Elliott, M.D. [hereinafter "Dr. Elliott"] were, at all times pertinent, either employees of ANMC, or serving as its agents or instrumentalities.

8) Upon information and belief, Dr. Groen was and is a licensed physician and a board-certified specialist in the field of obstetrics.

9) Upon information and belief, Dr. Elliott was and is a licensed physician and a board-certified specialist in the field of pediatrics.

10) At all times pertinent, Drs. Groen and Elliott were acting within the scope of their certifications for purposes of A.S. 08.68.230(f)(4).

11) Upon information and belief, various other medical practitioners, who were either employed or deployed by the ANMC to render diagnosis and treatment of patients and who were acting within the scope of that employment and/or agency,

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com

COMPLAINT FOR MEDICAL MALPRACTICE
*Zaukar v. U.S.A.*　　　　　　　　2

also tended-to and treated Carmen and her twins during the above-referenced visit/stay at ANMC.

12) Each of said medical practitioners was, at all times pertinent, acting as an agent of, and/or co-participant with, each other, and with defendant United States.

13) At all times pertinent, Carmen and C.Z. were said practitioners' patients and patients of ANMC.

14) More than six months ago, plaintiffs submitted an administrative claim for the medical malpractice alleged herein on Standard Form 95 to the appropriate federal agency.

15) The agency has denied the claim, either expressly or by failing to make a final disposition of it within six months, as contemplated by 28 USC § 2675(a).

16) Prior to the medical care giving rise to this complaint, plaintiff Carmen had become pregnant with viable, normally-developing, twin male fetuses, one of whom was later to become her live-born son, plaintiff C.Z.

17) On July 20, 2019, at approximately 37 weeks into the gestation, Carmen presented herself to the Alaska Native Medical Center ["ANMC"] for induction of labor.

18) At approximately 3:28 p.m. on July 21, 2019, the first twin was born without incident.

19) ANMC staff, including Dr. Groen, then proceeded to attempt delivery of the second twin, baby C.Z.

20) He was found to be in an asynclitic (head-tilted) posture.

21) Dr. Groen elected to perform a vaginal birth with the aid of forceps and a forceps/traction method, rather than a C-section delivery.

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com

COMPLAINT FOR MEDICAL MALPRACTICE
*Zaukar v. U.S.A.* 3

22) Finally, at approximately 6:06 p.m., the second twin -- baby C.Z. -- was delivered.

23) However, during the birthing process and presentation, he suffered serious brain damage.

24) In delivering and treating C.Z., ANMC's agents and/or employees, including Drs. Groen and Elliott, failed to meet the standards of care and skill expected of them in their respective fields of practice, specialty, and/or certification.

25) Those lapses in care and skill included, *but were not necessarily limited to* -- (a) failing to properly monitor and assess mother and child before and during the birthing process; (b) failing to use the requisite skill and care in performing the delivery; (c) failing to use forceps with the requisite skill and competence; (d) failing to perform a timely C-section; (e) overall faulty decision-making, and; (f) failing to timely and properly treat after birth.

26) Further discovery and expert analysis may reveal other lapses in care, skill, and/or competency.

27) Said oversights, errors, and omissions constituted a sufficiently extreme deviation from the standard of care so as to constitute recklessness for purposes of AS 09.55.549(f).

28) Said oversights, errors, and omissions directly and proximately caused each of the plaintiffs to incur economic- and noneconomic- losses and damages including those enumerated in AS 09.55.549(a)-(h).

29) Defendant United States is therefore liable to plaintiffs for negligence and recklessness in the minimum amount of $100,000 as to each, the exact amount to be proved at trial.

**LAW OFFICES OF DAVID HENDERSON**
*3003 Minnesota Drive, Suite 203*
*Anchorage, Alaska 99503*
*Phone: (907) 677-1234*
*Facsimile: (888) 965-9338*
*dh@henderson-law.com*

COMPLAINT FOR MEDICAL MALPRACTICE
*Zaukar v. U.S.A.*     4

30) Defendant United States is also liable to plaintiffs Carmen Zaukar and Jesse Bobby for loss-of-child-consortium in the minimum amount of $100,000 as to each, the exact amount to be proved at trial.

WHEREFORE, plaintiffs pray for judgment awarding --

1) Compensatory damages, as alleged;

2) Costs and attorney's fees, as appropriate.

3) Any other relief the court may deem just and proper.

DATED AT Anchorage, Alaska this 7th day of July, 2020.

        THE LAW OFFICES OF DAVID HENDERSON

        Attorneys for Plaintiffs
        Carmen Zaukar and Jesse Bobby

        s/ David Henderson
        David Henderson
        Alaska Bar No. 9806014

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com

COMPLAINT FOR MEDICAL MALPRACTICE
*Zaukar v. U.S.A.*         5